**RECEIPT FOR EXHIBITS/DEPOSITIONS - PLEASE SIGN & RETURN**

CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DATE:   June 11, 2003

TO:   Carol Statkus
United States Attorney's Office
Cheyenne, WY

RE:   WYOMING OUTDOOR COUNCIL v. ARMY CORP OF ENGINEERS
02-CV-155-D

☐   ENCLOSED is the Administrative Record in the above mentioned case consisting of two (2) notebooks.

RECEIPT for the exhibits/depositions listed above is hereby acknowledged.

_____
Attorney for pltf(s)/deft(s)

**PLEASE RETURN SIGNED ORIGINAL WITHIN 10 DAYS.**

Deputy Clerk